SCHWARTZ, Senior Judge
(dissenting).
After due consideration of the record and the factors I deem pertinent, see Montgomery Ward & Co. v. Pope, 532 So.2d 722, 722 (Fla. 3d DCA 1988) (Schwartz, C.J., dissenting); Fla. Power Corp. v. Coppola, 765 So.2d 858 (Fla. 5th DCA 2000), I believe that this case falls on the “seventh juror,” rather than, as the majority holds, the “judicial discretion” side of the continental divide between the decisions reviewing new trial orders based on the trial judge’s perception of the weight of the evidence. I would therefore reverse for reinstatement of the verdict reached by the actual jurors.